## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 181 WAL 2019

           Respondent           :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

           v.                 :

                                :

MICHAEL DWAYNE KARRAKER,      :

                          :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.